UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    James T McCooe<br>                 Debtor<br><br>SN Servicing Corporation as Servicer<br>for U.S. Bank Trust National<br>Association, as Trustee of Dwelling<br>Series IV Trust<br>Movant<br>v.<br><br>James T McCooe<br>Scott F. Waterman-- Trustee<br>                 Respondents | Case No.: 21-12734-pmm<br><br>Chapter: 13<br><br>Judge:  Patricia M. Mayer |

**ORDER GRANTING *IN REM* RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust dated _____ and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 3616 Magnolia Drive, Easton, PA 18045 and it is further;

**ORDERED** that the automatic stay under 11 USC §362 with regard to the Property and Debtor and any Co-Debtor shall not arise as to Movant in this Bankruptcy or any other Bankruptcy filed within 180 days from the date the instant case is either dismissed or otherwise terminated; and it is further

**ORDERED** that Movant may record this Order in the same fashion as an interest or lien may be recorded under state law, pursuant to 11 USC §362(d)(4), and from the date of recording no automatic stay shall arise under any provision of the Bankruptcy Code as to Movant with regard to the Property and Debtor for a period of 180 days from the date of this Order;  and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

*Patricia M. Mayer*

_____

**Date: July 6, 2022**

U.S.B.J.